IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL NEVINS, M.D.; R. NEVINS, M.D., LTD., A NEVADA PROFESSIONAL CORPORATION; AND NEVADA ORTHOPEDIC & SPINE CENTER, LLP, A NEVADA LIMITED LIABILITY PARTNERSHIP,
     Appellants,
vs.
MARILYN MARTYN,
     Respondent.

RUSSELL NEVINS, M.D.; R. NEVINS, M.D., LTD., A NEVADA PROFESSIONAL CORPORATION; AND NEVADA ORTHOPEDIC & SPINE CENTER, LLP, A NEVADA LIMITED LIABILITY PARTNERSHIP,
     Appellants,
vs.
MARILYN MARTYN,
     Respondent.

No. 84285

**FILED**

JUN 30 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 84457

*ORDER DISMISSING APPEALS*

   These are appeals from a judgment on jury verdict and an order denying a motion for a protective order. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

   In response to this court's order to show cause why these appeals should not be dismissed for lack of jurisdiction, appellants have

22-20654

filed a motion to voluntarily dismiss these appeals. Cause appearing, the motion is granted. This court

ORDERS these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Jerry A. Wiese, District Judge
Stephen E. Haberfeld, Settlement Judge
McBride Hall
April Becker & Associates
Murphy & Murphy Law Offices
Claggett & Sykes Law Firm
Gerald I. Gillock & Associates
Eighth District Court Clerk